**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 1 WM 2024
      :
      Respondent       :
      :
      v.       :
      :
FREDERICK WALTER,       :
      :
      Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.